IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DONNY LYNN LEVERETT, JR, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-446 (MTT) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle.  (Doc. 16).  The Magistrate Judge recommends affirming the Commissioner's decision because it is supported by substantial evidence and is based on proper legal standards.  The Plaintiff did not object to the Recommendation.  The Court has reviewed the Recommendation, and the Recommendation is adopted and made the Order of this Court.  Accordingly, the Commissioner's decision is **AFFIRMED**.

**SO ORDERED**, this 12th day of January, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT